UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MITCHELL WALL,
    Petitioner,

v.

RONNIE HOLT,
    Respondent.

Civil No. 3:11-CV-2003

(Judge Kosik)

FILED
SCRANTON
DEC 1 - 2014
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 1st DAY OF DECEMBER, 2014, FOR THE REASONS SET FORTH IN THE ACCOMPANYING MEMORANDUM, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson dated April 15, 2013 (Doc. 21) is **ADOPTED**;

(2) The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction;

(3) The Motion for Extension of Time (Doc. 40), Motion for Appointment of Counsel (Doc. 41) and Motion for Respondents to Supply Case Law Copies, Medical Examiners and Toxicologist Testimonies (Doc. 42) are **DENIED** as moot; and

(4) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge